IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCADIAN CARE CENTERS, LLC, | No. C-06-4684 MMC |
|     Plaintiff,<br>  v.<br>CLARENDON NATIONAL INSURANCE COMPANY,<br>    Defendant / | **ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |

    Before the Court is the Notice of Removal, filed August 1, 2006, by defendant Clarendon National Insurance Company, by which defendant seeks to remove a complaint filed in state court by plaintiff Ocadian Care Centers, LLC.

    In the Notice of Removal, defendant alleges the instant complaint is removable on the basis of diversity jurisdiction. In support of this assertion, defendant alleges the amount in controversy exceeds $75,000, (see Notice of Removal ¶ 5), and that defendant is incorporated in New Jersey, with a principal place of business in New York, (see id. ¶ 3). With respect to the citizenship of plaintiff, defendant alleges that plaintiff is a "California limited liability company [and] is an entity qualified to do business in the State of California." (See id. ¶ 2.)

    A limited liability corporation is a "citizen of every state in which its owners/members are citizens." See Johnson v. Columbia Properties Anchorage, LP, 437 F. 3d 894, 899 (9th

1 Cir. 2006). Here, defendant fails to allege that every owner and every member of plaintiff is
2 a resident of a state other than New Jersey and New York. Consequently, defendants'
3 allegations with respect to the citizenship of plaintiff are insufficient to allege the existence
4 of diversity jurisdiction.
5       Accordingly, defendant is hereby ORDERED TO SHOW CAUSE, in writing and no
6 later than August 25, 2006, why the instant action should not be remanded for lack of
7 subject matter jurisdiction.
8       **IT IS SO ORDERED.**

10 Dated: August 16, 2006

                                     MAXINE M. CHESNEY
                                     United States District Judge