IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCADIAN CARE CENTERS, LLC, | No. C-06-4684 MMC |
|     Plaintiff, | **ORDER REMANDING ACTION** |
|   v. | |
| CLARENDON NATIONAL INSURANCE COMPANY, | |
|     Defendant / | |

By order filed August 16, 2006, the Court directed defendant Clarendon National Insurance Company to show cause, no later than August 25, 2006, why the above-titled action should not be remanded for lack of subject matter jurisdiction. As noted by the Court, although defendant's Notice of Removal relied on diversity of citizenship, defendant did not allege the states of which the owners and members of plaintiff Ocadian Care Centers, LLC are citizens. See Johnson v. Columbia Properties Anchorage, LP, 437 F. 3d 894, 899 (9th Cir. 2006) (providing limited liability corporation is "citizen of every state in which its owners/members are citizens").

On August 25, 2006, defendant timely filed its response to the Court's order, stating therein that defendant had, a week after removing the case, requested that plaintiff provide defendant with the state of residency for each such owner and member, but that plaintiff had not yet provided the information.

Because the Notice of Removal does not allege any facts to support a finding that the parties are completely diverse, and defendant concedes it has no information to support removal on diversity grounds, the Court lacks subject matter jurisdiction over the instant action.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of the State of California, in and for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: August 29, 2006

MAXINE M. CHESNEY
United States District Judge