IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCADIAN CARE CENTERS, LLC, | No. C-06-4684 MMC |
| Plaintiff, | **ORDER STRIKING NOTICE OF RE-REMOVAL WITHOUT PREJUDICE** |
| v. | |
| CLARENDON NATIONAL INSURANCE COMPANY, | |
| Defendant / | |

On August 29, 2006, the Court remanded the above-titled action for lack of jurisdiction, thereby closing the instant case. On November 2, 2006, defendant filed herein a "Notice of Re-Removal of Civil Action," asserting that newly-obtained information establishes diversity of citizenship.

A notice of removal initiates a civil action, requiring payment of a filing fee. See 28 U.S.C. § 1914(a). Consequently, defendant must file its notice of removal with the Clerk's Office, which will assign the matter a new civil case number. See Civil L.R. 3-2, 3-3; see, e.g., Johnson v. America Online, Inc., 280 F. Supp. 2d 1018, 1021 n. 2 (observing where remanded matter was later re-removed in light of newly-obtained information, "re-removed file [is] given a new case number" by Clerk).

Accordingly, the Notice of Re-Removal is hereby STRICKEN, without prejudice to defendant's filing a notice of removal for purposes of instituting a new civil action.

**IT IS SO ORDERED.**

Dated: November 3, 2006

MAXINE M. CHESNEY
United States District Judge